Case: 1:13-cr-95066 Document #: 1 Filed: 11/07/12 Page 1 of 2 PageID #:1

| TITLE OF CASE. | | ATTORNEYS. |
|---|---|---|
| The United States 5065 ✱5055 vs John Hutter | Sci. fa. on Criminal Appearance bond | |

### CASH RECEIVED AND DISBURSED.

| ABSTRACT OF COSTS. | AMOUNT. | DATE. | NAME. | DR. | CR. |
|---|---|---|---|---|---|
| Fine, | | | | | |
| Clerk, | | | | | |
| Marshal, | | | | | |
| Attorney, | | | | | |
| Commissioner Court, | | | | | |
| Witnesses, | | | | | |

| Date | PROCEEDINGS. | No. of Words | Clerk's Fees Plaintiff | Defendant |
|---|---|---|---|---|
| Nov 4 1912 | Entering conditional judgment for $100.00 | 30 | | |
| Mar 28 1913 | " " " " vacated | 15 | | |
| " " " | Taxing costs | 100 | 7/1/13 1 45 | |

---

| TITLE OF CASE. | | ATTORNEYS. |
|---|---|---|
| The United States 5066. vs John Arthur Johnson alias Jack Johnson | Vio of White Slave Traffic Act. | |

### CASH RECEIVED AND DISBURSED.

| ABSTRACT OF COSTS. | AMOUNT. | DATE. | NAME. | DR. | CR. |
|---|---|---|---|---|---|
| Fine, | | | | | |
| Clerk, | | | | | |
| Marshal, | | | | | |
| Attorney, | | | | | |
| Commissioner Court, | | | | | |
| Witnesses, | | | | | |

| Date | PROCEEDINGS. | No. of Words | Clerk's Fees Plaintiff | Defendant |
|---|---|---|---|---|
| Nov 7 1912 | Entering order to file indictment 15 Filing indictment 10 | | 25 100 | |
| Nov 7 1912 | Issuing bench warrant | | 65 | |
| " 7 " | Drawing bond 30 ackmt 25 filing bond 10 | | 1 55 | |
| " 8 " | Issuing commitment 100 copy 20 cert. and seal 35 Dorsey | | 1 55 | |
| " 11 " | Filing bench warrant 10 entering Marshal's return 15 Ex | | 25 | |
| " " " | " commitment (Johnson) 10 entering Marshal's return 15 Ex | | 25 | |
| " " " | " " (Dorsey) 10 entering Marshal's return 15 Ex | | 25 | |
| " 8 " | Drawing bond (Dorsey) 30 ackmt 25 filing 10 | | 65 | |
| " " " | Entering bail of Katherine Dorsey fixed at $5000. Rule on Albert C. Jones to show cause by Nov 11, etc bond fixed at $1000 and Jones ordered into custody. Bond and deed ordered impounded and deft. Johnson ordered into custody | | 30 | |
| " " " | " " " " bench warrant bail fixed at $30,000 | | 15 100 | |
| " 7 " | Entering order for bench warrant, bail fixed at $30,000 Issuing bench warrant $1.00 | | | 5 |
| " " " | bail of Lucille Cameron fixed at $15,000 | | 15 | |
| " 11 " | Entering order that Katherine Dorsey be released on her own recognizance | | 15 | |
| " 11 " | Drawing bond 30 ackmt 25 filing 10 (Dorsey) | | 65 | |
| " " " | " 2 Justifications 15 60 100 25 ackmt 25 | | 1 95 | |
| " 15 " | Entering order approving bond, filing bond 10 | | 25 | |
| " 23 " | Filing notice | | 10 | |
| " 25 " | Entering order to release Lucille Cameron on $1000.00 bond | | 15 | |
| " " " | Drawing bond 30 acknowl 25 filing bond 10 (Lucille Cameron) | | 65 | |
| " 21 " | Entering leave to deft. to file demurrer in 3 weeks | | 15 | |
| Dec 9 " | Filing demurrer | | 10 | |
| " 12 " | " notice | | 15 7/1/13 12 40 | |
| " 11 " | Entering lv. to Wright and Anderson to withdraw appearances | | 10 | |
| Jan 6 1913 | Filing notice | | 15 | |
| " 15 " | Entering mo. to vacate order admitting to bail heard and denied | | 15 | |
| Feb 5 " | Filing notice | | 10 | |
| " " " | Entering demurrer overruled, trial set for Feb. 25 | | 15 | |
| " 25 " | " cause cont'd | | 15 | |
| Mar 14 " | " set for trial on May 5. | | 15 | |
| Feb 8 " | Filing 1 praecipe 10 Atty for subpoena 10 Issuing 1 subpoena 25 | | 35 | |
| May 5 " | Entering plea of not guilty | | 15 7/1/13 1 30 | |

— Carried forward to page 491 —

## Case 5066 — The United States vs. John Arthur Johnson alias Jack Johnson

| Date | Proceedings | No. of Words | Plaintiff | Defendant |
|---|---|---|---|---|
| Apr 15 1913 | Amount brought forward from page 372 | | | |
| " " " | Filing 1 praecipe U.S. Atty for subpoena 10 Issuing 1 subpoena 25 | | 35 | |
| " 19 " | " 4 " " " " " 40 " 4 " 1.00 | | 1 40 | |
| " 21 " | " 2 " " " " " 20 " 2 " 50 | | 70 | |
| " 25 " | " 1 " " " " " 10 " 1 " 25 | | 35 | |
| " 29 " | " 3 " " " " " 30 " 3 " 75 | | 1 05 | |
| " 30 " | " 12 subpoenas 1.20 Entering 12 returns of Marshal 1.80 | | 3 00 | |
| May 6 " | " 1 " " " " " 10 " 1 " 15 | | 25 | |
| " 2 " | " 2 praecipes U.S. Atty for subpoenas 20 Issuing 2 subpoenas 50 | | 70 | |
| " 3 " | " 2 " " " " " 20 " 2 " 50 | | 70 | |
| " 5 " | " 2 " " " " " 20 " 2 " 50 | | 70 | |
| " 6 " | " 1 " " " " " 10 " 1 " 25 | | 35 | |
| " 8 " | " 2 " " " " " 20 " 2 " 50 | | 70 | |
| " 31 " | " 6 subpoenas 60 Entering 6 returns 90 | | 1 50 | 7/3 11 75 |
| July 3 " | Entering cause set for trial on Oct 13, 1913 | | 15 | |
| " " " | Filing notice 10 and petn U.S. Atty 10 | | 20 | 1/1/14 35 |
| Oct 5 1914 | Entering trial set for Nov 36 | | 15 | |
| Nov 30 " | " cause cont'd generally for trial | | 15 | |
| Dec 23 " | " bond for $30,000.00 executed Nov 15 1912 cancelled | | | 15 |
| Aug 3 1921 | Enty order to dismiss | | 15 | |
| " " " | Taxing costs | | 1 00 | 15 |

## Case 4893 — The United States vs. Thomas Kennedy et al

| Date | Proceedings | No. of Words | Plaintiff | Defendant |
|---|---|---|---|---|
| Sept 19 1913 | Brought forward from page 199 | | | |
| " " " | Entering cause reinstated as to Kennedy bail fixed at $5000.00 order for bench warrant | | 15 | |
| " " " | Issuing bench warrant | | 1 00 | |
| " " " | Filing 10 Enty return Ex 15 | | 25 | |
| " " " | Issuing commitment 1.00 Copy 20 Cert & seal 25 | | 1 55 | |
| " " " | Filing 10 Enty Marshal's return Ex 15 | | 25 | |
| Oct 8 " | Enty plea of not guilty and cause cont'd | | 15 | |
| " 22 " | " cause set for trial Nov 18 | | 15 | |
| Nov 18 " | " cont'd to Nov 19 | | 15 | |
| " 19 " | " plea of not guilty withdrawn, plea of guilty entd Sentence — 4 mos in Cook Co Jail | | 15 | |
| " " " | Issuing commitment 1.00 Copy 20 Certif & seal 35 | | 1 55 | |
| " " " | Filing 10 Enty Marshal's return 15 Ex | | 25 | |
| " 20 " | " 4 praecipes U.S. Atty for subpoenas 40 Issuing 4 subpoenas 1.00 | | 1 40 | |
| " 14 " | " 1 " " " " " 10 " 1 " 25 | | 35 | |
| " 19 " | " 5 subpoenas 50 Entering 5 returns of Marshal 75 | | 1 25 | |
| " 30 " | Taxing costs | | 3 00 | |
| " 19 " | Drawing 6 affidavits of U.S. witnesses as to mileage etc | | 90 | |
| " " " | 6 oaths to same 60 6 certificates 90 | | 1 50 | 1/1/14 14 00 |