# Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

## JOHN ARTHUR JOHNSON

ALSO KNOWN AS

## "JACK" JOHNSON

### A FULL AND UNCONDITIONAL PARDON

**FOR HIS CONVICTION** in the United States District Court for the Northern District of Illinois on an indictment charging violation of Sections 2421, *et. seq.* (formerly 397, *et. seq.*), Title 18, United States Code, for which he was sentenced on September 14, 1920, to one year and one day of imprisonment and a one thousand dollar ($1,000) fine.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Acting Pardon Attorney shall declare that his action is the act of the President, being performed at my direction.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Twenty-fourth day of May in the year of our Lord Two Thousand and Eighteen and of the Independence of the United States the Two Hundred and Forty-second.*

**DONALD J. TRUMP**
**PRESIDENT**