5166

U.S.
vs
John A. Johnson

Verdict

Filed May 13-1913
12 p.m.
J. C. MacMillan
Clerk

5166
THE UNITED STATES
vs.
John Arthur Johnson,
otherwise known as
"Jack Johnson."

We, the jury, but that the defendant John Arthur Johnson, guilty as charged in the indictment.

THE UNITED STATES
5166   vs.
John Arthur Johnson,
otherwise known as
Jack Johnson.

      We, the jury, find the defendant John Arthur Johnson, guilty as charged in the indictment.

James T Bruce, Foreman
W. A. Bek
J Christians
D. J. Madison
John McNamara
Gus Carlson
Thomas Baskerville
Victor Bergman
Henry Seekhausen
Christ Ehler
Frank Dehm
W. P. Hemmens